NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-74


N. G. K.

VERSUS

R. G. K.


************


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 173,827
HONORABLE W. ROSS FOOTE, DISTRICT JUDGE


************


JAMES T. GENOVESE
JUDGE


************


Court composed of Glenn B. Gremillion, Billy H. Ezell, and James T. Genovese, Judges.


**AFFIRMED IN PART;
REVERSED IN PART; AND RENDERED**.


Mason L. Oswalt
Post Office Box 2374
Monroe, Louisiana 71207
**COUNSEL FOR DEFENDANT/APPELLANT:**
    R. G. K.

Michael H. Davis
Post Office Box 12180
Alexandria, Louisiana 71315
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    N. G. K.